IN THE UNITED STATE DISTRICT COURT
STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JULIUS OLOLA,<br><br>                 Plaintiff,<br><br>vs.<br><br>OFFICER TRACE COX, et. al.<br><br>                 Defendants. | **REPORT & RECOMMENDATION**<br><br>Case No. **2:17-cv-00151**<br><br>**District Court Judge Dee Benson**<br>**Magistrate Judge Dustin B. Pead** |

      On April 4, 2018, the District Court adopted the Magistrate Judge's recommendation dismissing Plaintiff Julius Olola's (Plaintiff or Olola) original complaint and his claim of a *Miranda* violation as contained in his second complaint. (Dkt. No. 30.) The District Court recommitted the matter to the Magistrate Judge with instructions to consider Plaintiff's failure to comply with the court's order to "file a Notice by March 23, 2018 that contains the WVPD Defendants' addresses and/or the addresses of their registered agent(s) or other person(s) authorize to accept service of process on their behalf." (Dkt. No. 29 at 12.)

      Upon review, Plaintiff has failed to comply with the court's order requiring him to file a Notice no later than March 23, 2018. As of this date, no Notice has been filed. Moreover, Plaintiff was warned that failure to comply could result in a recommendation of dismissal to the District Court.

## RECOMMENDATION AND ORDER

Based on the foregoing, this court RECOMMENDS dismissal of Plaintiff's second complaint in its entirety. Copies of this Report and Recommendation are being sent to Plaintiff who is hereby notified of his right to object. Within fourteen (14) days of being served with a copy, Plaintiff may file written objections. Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 10th day of April, 2018.

BY THE COURT

_____
DUSTIN B. PEAD
Magistrate Judge
United States District Court