IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JULIUS OLOLA,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER TRACE COX, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br><br>Case No. 2:17-CV-151 DB |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on April 10, 2018, recommending dismissal of Plaintiff's second complaint (Dkt. 5) in its entirety.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and

1

Recommendation and Plaintiff's second complaint (Dkt. 5) is hereby DISMISSED in its entirety.

IT IS SO ORDERED.

Dated this 1st day of May, 2018.

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 Dee Benson
　　　　　　　　　　　　　　　　　　 United States District Judge